NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In re:  ENERGY BEVERAGES LLC,**
*Appellant*

_____

2019-2330

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/013,933.

_____

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1)  The stay is lifted, and the appeal is voluntarily dismissed.

(2)  The parties shall bear their own costs.

FOR THE COURT



November 16, 2023                   Jarrett B. Perlow
        Date                         Clerk of Court

ISSUED AS A MANDATE:  November 16, 2023